**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES THOMAS, M.D., | |
|    Plaintiff, | CIVIL ACTION NO. 3:12-0655 |
|        v. | (JUDGE CAPUTO) |
| LEHIGHTON EMERGENCY MEDICAL ASSOCIATES, P.C., and PALMERTON EMERGENCY MEDICAL ASSOCIATES, P.C., | |
|    Defendants. | |

**ORDER**

**NOW**, this 15th day of August, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 12) is **GRANTED in part and DENIED in part**.

(1) The motion to dismiss Count VI is **GRANTED**. The *quantum meruit* claim is **dismissed**. Plaintiff may amend the *quantum meruit* claim within **twenty-one days** from the date of entry of this Order; otherwise, the claim will be **dismissed with prejudice**.

(2) The motion to dismiss is otherwise **DENIED**.

                                                   /s/ A. Richard Caputo
                                                 A. Richard Caputo
                                                 United States District Judge