**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JAMES THOMAS, M.D.,

     Plaintiff,

        v.

LEHIGHTON EMERGENCY MEDICAL

ASSOCIATES, P.C., and PALMERTON

EMERGENCY MEDICAL ASSOCIATES,

P.C.,

     Defendants.

CIVIL ACTION NO. 3:12-0655

(JUDGE CAPUTO)

**ORDER**

    **NOW**, this 15th day of August, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 12) is **GRANTED in part and DENIED in part**.

    (1)    The motion to dismiss Count VI is **GRANTED**.  The *quantum meruit* claim is **dismissed**.  Plaintiff may amend the *quantum meruit* claim within **twenty-one days** from the date of entry of this Order; otherwise, the claim will be **dismissed with prejudice**.

    (2)    The motion to dismiss is otherwise **DENIED**.


           /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge